IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:19-CV-3045-N |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The request for leave to proceed *in forma pauperis* on appeal is **GRANTED**.

(**X**)   The request for leave to proceed *in forma pauperis* on appeal (doc. 33) is **DENIED** because the Court certifies pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith. In support of this certification, the Court incorporates by reference the memorandum opinion and order filed in this case on December 21, 2021 (doc. 25). Based on that memorandum opinion and order, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(**X**)   Although this Court has denied leave to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

**DATE:** March 25, 2022

_____
**UNITED STATES DISTRICT JUDGE**